## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DELRIS NELLA MALERA NDOULOU,

      Petitioner,

v.                                                                     Case No. 2:26-cv-00764 KWR-JFR

WARDEN, Otero County Processing Center,
TODD LYONS, Acting Director
Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary, U.S. Department
Of Homeland Security; AND TODD BLANCHE,
*Acting* U.S. Attorney General,

      Respondents.

## ORDER FOR SUPPLEMENTAL BRIEFING

THIS MATTER comes before the Court *sua sponte*. This case was transferred to the undersigned on July 31, 2026. Upon review of the online ICE custody locator, it appears Petitioner is no longer in custody. If Petitioner is no longer in custody, his habeas petition may be moot. Therefore, the Court directs Respondents to notify the Court whether Petitioner is in custody within **seven (7) days** of the entry of this order.

      **IT IS SO ORDERED.**

                             /S/
                             KEA W. RIGGS
                             UNITED STATES DISTRICT JUDGE